Reginald NICHOLAS, Respondent,

v.

STATE of Missouri, Appellant.

No. WD 48084.

Missouri Court of Appeals, Western District.

April 12, 1994.

Claire McCaskill, Pros. Atty., Laurel W. McMullin, Asst. Pros. Atty., Jackson County, Kansas City, for appellant.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for respondent.

Before BERREY, P.J., and KENNEDY and ELLIS, JJ.

### ORDER

PER CURIAM.

Appeal from judgment of Rule 24.035 motion.

Affirmed. Rule 84.16(b).